UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

        Plaintiff,

    vs.

SUNRISE HOTEL, LLC.,
a Florida Limited Liability Company,
d/b/a CLARION INN,

        Defendant(s).
_____/

CASE NO.:17-cv-60350-BB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, SUNRISE HOTEL, LLC., a Florida Limited Liability Company, d/b/a CLARION INN;.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

        By: **/s/ Gregory S. Sconzo**
        Gregory S. Sconzo, Esq.
        Florida Bar # 0105553
        KAPLAN & SCONZO, P.A.
        3399 PGA Boulevard, Suite 150
        Palm Beach Gardens, Florida 33410
        Telephone: (561) 296-7900
        Facsimile: (561) 296-7919
        Email: gsconzo@ksplaw.com