UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  17-cv-60350-BLOOM/Valle

HOWARD COHAN,

    Plaintiff,
v.

SUNRISE HOTEL, LLC
d/b/a Clarion Inn,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. [9].  It is **ORDERED AND ADJUDGED** that the above-styled case is hereby **DISMISSED WITH PREJUDICE**.  To the extent not otherwise disposed of, all pending motions are **DENIED** as moot.  The CLERK is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 20th day of March, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:

Counsel of record